*Rehearing Denied.*

No. 30.   KORDEL *v.* UNITED STATES, 335 U. S. 345. Motion for leave to file petition for rehearing out of time denied.

No. 405.   GUGGENHEIM *v.* UNITED STATES, 335 U. S. 908.   Rehearing denied.

Nos. 658 and 659, October Term, 1945.   GRIERSON *v.* ASHE, WARDEN, ET AL., 327 U. S. 790.   Rehearing denied.

No. 275, Misc.   MARCUS *v.* HUDSPETH, WARDEN, 335 U. S. 912.   Rehearing denied.

No. 286, Misc.   WILSON *v.* HUDSPETH, WARDEN, 335 U. S. 909.   Rehearing denied.

No. 312, Misc.   LOWE *v.* KILLINGER, 335 U. S. 910. Rehearing denied.

FEBRUARY 14, 1949.

*Per Curiam Decision.*

No. 472.   HILL *v.* ATLANTIC COAST LINE RAILROAD CO.

*Per Curiam:* The petition for writ of certiorari is granted and the judgment of the Supreme Court of North Carolina is reversed.   See *Tiller* v. *Atlantic Coast Line R. Co.,* 318 U. S. 54 (1943); *Bailey* v. *Central Vermont R. Co.,* 319 U. S. 350 (1943); and *Ellis* v. *Union Pacific R. Co.,* 329 U. S. 649 (1947).   MR. JUSTICE FRANKFURTER is of opinion that the petition for certiorari should not be granted, for reasons indicated in his concurring opinion in *Wilkerson* v. *McCarthy,* 336 U. S. 53, at p. 64.   *Isaac D. Thorp* for petitioner.   *Thomas W. Davis* and *F. S. Spruill* for respondent.